# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR97 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **VICTOR JACKSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Victor Jackson's (Jackson) motion to review detention and request for an immediate hearing (Filing No. 18). Jackson asserts he has been accepted for placement at Williams Prepared Place, a drug treatment facility. There remains pending in the State of Arkansas two active arrest warrants for Jackson for escape from custody and deliver of crack cocaine. Both are felonies and are unresolved. While the Arkansas authorities have indicated they will extradite Jackson if he is found within 200 miles of Marked Tree, Arkansas, the fact remains there are outstanding warrants for Jackson on charges that would belie his compliance with conditions of release. This is especially true when the charges in the present Indictment were committed while Jackson was a fugitive from justice in Arkansas.

Jackson's motion to review detention and his request for an immediate hearing (Filing No. 18) is denied.

**IT IS SO ORDERED.**

DATED this 26th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge