IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR97 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| VICTOR JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Motion of the Defendant for an order to seal document. (Filing No. 29)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED:

1. The Defendant's Motion to seal (Filing No. 29) is granted; and

2. The document named in Defendant's Motion (Filing No. 29) shall be filed under seal.

DATED this 30th day of August, 2006.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge